Brooke B. Murphy
Ben Sather
MURPHYMYERS PLLC
27 N. 27th St., Suite 21A
P.O. Box 1619
Billings, Montana 59103-1619
Telephone: (406) 732-6868
Fax: (406) 204-4662
brooke@murphymyers.com
ben@murphymyers.com
*Attorneys for Defendant American Economy Insurance Company*

Mark D. Parker
Shawn P. Cosgrove
PARKER, HEITZ, COSGROVE PLLC
401 N. 31st Street, Suite 1600
Billings, Montana 59103
Telephone: (406) 245-9991
Fax: (406) 245-0971
markdparker@parker-law.com
shawn@parker-law.com
*Attorneys for Plaintiffs Jerome O. Fachner and Carol A. Fachner*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JEROME O FACHNER AND CAROL A. FACHNER,<br><br>Plaintiffs,<br><br>- v -<br><br>AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendant. | Cause No.: 1:23-CV-00063-SPW-KLD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties by and through their

counsel of record, hereby stipulate and agree to dismiss this matter with prejudice for the reason that the matter has been settled on its merits with each party to bear their own costs and attorneys' fees.

DATED this 23rd day of December, 2025.

**MURPHYMYERS PLLC**

By: */s/ Brooke B. Murphy*
Brooke B. Murphy
MurphyMyers PLLC
*Attorneys for Defendant American Economy Insurance Company*


**PARKER, HEITZ & COSGROVE, PLLC**

By: */s/ Shawn P. Cosgrove*
Shawn P. Cosgrove
Parker, Heitz & Cosgrove, PLLC
*Attorneys for Plaintiffs Jerome O. Fachner and Carol A. Fachner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2025 a copy of the foregoing was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| _1,2_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery Service |

**1.** **Clerk, U.S. District Court**

**2.** **Attorneys for Plaintiff**

    Mark D. Parker
    Shawn P Cosgrove
    PARKER, HEITZ & COSGROVE, PLLC
    401 N. 31st. St., Suite 1600
    PO Box 7212
    Billings, MT 59103
    markdparker@parker-law.com
    shawn@parker-law.com
    geoff@parker-law.com

                                   **MURPHYMYERS PLLC**

                          By:   _/s/ Sarah Myhre_